**THORNTON DAVIDSON** #166487
thornton@erisalg.com
**ROBERT J. ROSATI** #112006
robert@erisalg.com
ERISA Law Group, LLP
2055 San Joaquin Street
Fresno, CA 93721
Telephone:(559)256-9800
Telefax:(559)256-9795

Attorneys for Plaintiff,
JAMES SHEERIN

**ADRIENNE C. PUBLICOVER**, No. 161432
Adrienne.Publicover@WilsonElser.com
**CHARAN M. HIGBEE**, No. 148293
Charan.Higbee@WilsonElser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
525 Market Street-17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Telefax: (415) 434-1370

Attorneys for Defendant,
UNITED OF OMAHA LIFE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES SHEERIN<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>                    Defendant. | Case No.: 3:12-CV-03799-SI<br><br>**JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Susan Illston<br>Date:      October 24, 2012<br>Time:      10:00 a.m.<br>Crtrm:    10, 19th Floor |

    Thornton Davidson, counsel for Plaintiff JAMES SHEERIN, and Charan Higbee, counsel for Defendant UNITED OF OMAHA LIFE INSURANCE COMPANY hereby jointly request to participate in the initial Scheduling Conference in this matter by telephone. This request is made for the following reasons:

1.     1.      The Scheduling Conference is scheduled for October 24, 2012, at 10:00 a.m. in

2.            Courtroom 10, 19th Floor before the Honorable Susan Illston.

3.     2.      Counsel for the parties have prepared and filed the Joint Case Management

4.            Statement.

5.     3.      The parties make this request because Plaintiff's counsel maintains his office in the

6.            City of Fresno, California, which exceeds a distance of 200 miles from the

7.            courthouse.

8. IT IS SO STIPULATED.

9.                       ERISA LAW GROUP, LLP

10. Date:   October 15, 2012

11.                        /s/ *Thornton Davidson*
                       THORNTON DAVIDSON, No. 166487

12.                        thornton@erisalg.com
                       2055 San Joaquin Street

13.                        Fresno, California  93721

14.                        Attorney for Plaintiff,
                       JAMES SHEERIN

15.

16.             WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
Date:   October 15, 2012

17.

18.                        /s/ *Charan M. Higbee*
                       ADRIENNE C. PUBLICOVER, No. 161432

19.                        Adrienne.Publicover@WilsonElser.com
                       CHARAN M. HIGBEE, No. 148293

20.                        Charan.Higbee@WilsonElser.com
                       WILSON ELSER MOSKOWITZ

21.                        EDELMAN & DICKER LLP
                       525 Market Street-17th Floor

22.                        San Francisco, California 94105-2725

23.                        Attorney for Defendant,
                       UNITED OF OMAHA LIFE INSURANCE
                       COMPANY

24.

25.

26.

27.

28.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
10/16/2012
IT IS SO ORDERED
Judge Susan Illston

---

**JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**
Case No.: 3:12-CV-03799-SI