| | |
|---|---|
| 1 | **THORNTON DAVIDSON** #166487<br>thornton@erisalg.com |
| 2 | **ROBERT J. ROSATI** #112006<br>robert@erisalg.com |
| 3 | ERISA Law Group, LLP<br>2055 San Joaquin Street |
| 4 | Fresno, CA 93721<br>Telephone:(559)256-9800 |
| 5 | Telefax:(559)256-9795 |
| 6 | Attorneys for Plaintiff,<br>JAMES SHEERIN |
| 7 | |
| 8 | **ADRIENNE C. PUBLICOVER**, No. 161432<br>Adrienne.Publicover@WilsonElser.com |
| 9 | **CHARAN M. HIGBEE**, No. 148293<br>Charan.Higbee@WilsonElser.com |
| 10 | WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP |
| 11 | 525 Market Street-17th Floor<br>San Francisco, California 94105-2725 |
| 12 | Telephone: (415) 433-0990<br>Telefax: (415) 434-1370 |
| 13 | Attorneys for Defendant, |
| 14 | UNITED OF OMAHA LIFE<br>INSURANCE COMPANY |

## UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAMES SHEERIN, | | Case No.: 3:12-CV-03799-SI |
| | Plaintiff, | **JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| v. | | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | | Judge: Susan Illston<br>Date: October 24, 2012<br>Time: 10:00 a.m. |
| | Defendant. | Crtrm: 10, 19th Floor |

   Thornton Davidson, counsel for Plaintiff JAMES SHEERIN, and Charan Higbee, counsel for Defendant UNITED OF OMAHA LIFE INSURANCE COMPANY hereby jointly request to participate in the initial Scheduling Conference in this matter by telephone. This request is made for the following reasons:

---

**JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**
Case No.: 3:12-CV-03799-SI

-1-

1. The Scheduling Conference is scheduled for October 24, 2012, at 10:00 a.m. in Courtroom 10, 19th Floor before the Honorable Susan Illston.
2. Counsel for the parties have prepared and filed the Joint Case Management Statement.
3. The parties make this request because Plaintiff's counsel maintains his office in the City of Fresno, California, which exceeds a distance of 200 miles from the courthouse.

IT IS SO STIPULATED.

ERISA LAW GROUP, LLP

Date:   October 15, 2012

/s/ *Thornton Davidson*
THORNTON DAVIDSON, No. 166487
thornton@erisalg.com
2055 San Joaquin Street
Fresno, California  93721

Attorney for Plaintiff,
JAMES SHEERIN

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Date:   October 15, 2012

/s/ *Charan M. Higbee*
ADRIENNE C. PUBLICOVER, No. 161432
Adrienne.Publicover@WilsonElser.com
CHARAN M. HIGBEE, No. 148293
Charan.Higbee@WilsonElser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
525 Market Street-17th Floor
San Francisco, California 94105-2725

Attorney for Defendant,
UNITED OF OMAHA LIFE INSURANCE COMPANY

10/16/2012
IT IS SO ORDERED
Judge Susan Illston

---

**JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**
Case No.: 3:12-CV-03799-SI

-2-