IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES SHEERIN,            No. C-12-3799 SI

         Plaintiff,           **ORDER OF DISMISSAL**

   v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

         Defendant.
                                         /

      The parties having advised the Court that they have agreed to a settlement of this the above-titled action,

      IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing Order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: December 21, 2012

                                     SUSAN ILLSTON
                                     United States District Judge