1  THORNTON DAVIDSON #166487
   thornton@erisalg.com
2  ROBERT J. ROSATI #112006
   robert@erisalg.com
3  ERISA Law Group, LLP
   2055 San Joaquin Street
4  Fresno, CA 93721
   Telephone:(559)256-9800
5  Telefax:(559)256-9795

6  Attorneys for Plaintiff,
   JAMES SHEERIN
7
   ADRIENNE C. PUBLICOVER, # 161432
8  Adrienne.Publicover@WilsonElser.com
   CHARAN M. HIGBEE, # 148293
9  Charan.Higbee@WilsonElser.com
   WILSON ELSER MOSKOWITZ
10 EDELMAN & DICKER LLP
   525 Market Street-17th Floor
11 San Francisco, California 94105-2725
   Telephone: (415) 433-0990
12 Telefax: (415) 434-1370

13 Attorneys for Defendant,
   UNITED OF OMAHA LIFE
14 INSURANCE COMPANY

15
## UNITED STATES DISTRICT COURT FOR
16
## THE NORTHERN DISTRICT OF CALIFORNIA
17
## SAN FRANCISCO DIVISION
18

| | | |
|---|---|---|
| 19 | JAMES SHEERIN         ) | Case No.: 3:12-CV-03799-SI |
| 20 |                       ) |  |
|    |         Plaintiff,    ) | **STIPULATION OF DISMISSAL** |
| 21 |                       ) | **WITH PREJUDICE, PURSUANT** |
|    |                       ) | **TO FED. R. CIV. P. 41(a)** |
| 22 | v.                    ) |  |
|    |                       ) |  |
| 23 | UNITED OF OMAHA LIFE  ) |  |
|    | INSURANCE COMPANY,    ) |  |
| 24 |                       ) |  |
|    |         Defendant.    ) |  |
| 25 |                       ) |  |

26  ///

27  ///

28  ///

---
STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)
CASE NO. 3:12-CV-03799-SI

1

1  IT IS HEREBY STIPULATED by and between Plaintiff, JAMES
2  SHEERIN, and Defendant, UNITED OF OMAHA LIFE INSURANCE
3  COMPANY that the Parties agree to dismiss this action in its entirety as to all
4  parties and with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its
5  own fees and costs.

ERISA Law Group, LLP

Dated: January 7, 2013        /s/Thornton Davidson
                              THORNTON DAVIDSON, # 166487
                              thornton@erisalg.com
                              2055 San Joaquin Street
                              Fresno, CA 93721

                              Attorney for Plaintiff,
                              JAMES SHEERIN

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Date: January 7, 2013         /s/ Charan M. Higbee
                              ADRIENNE C. PUBLICOVER, # 161432
                              adrienne.Publicover@WilsonElser.com
                              CHARAN M. HIGBEE, No. 148293
                              Charan.Higbee@WilsonElser.com
                              525 Market Street-17th Floor
                              San Francisco, California 94105-2725

                              Attorneys for Defendant,
                              UNITED OF OMAHA LIFE INSURANCE COMPANY

STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)
CASE NO. 3:12-CV-03799-SI
2

IT IS HEREBY STIPULATED by and between Plaintiff, JAMES SHEERIN, and Defendant, UNITED OF OMAHA LIFE INSURANCE COMPANY that the Parties agree to dismiss this action in its entirety as to all parties and with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its own fees and costs.

ERISA Law Group, LLP

Dated: January 7, 2013

/s/Thornton Davidson
THORNTON DAVIDSON, # 166487
thornton@erisalg.com
2055 San Joaquin Street
Fresno, CA 93721

Attorney for Plaintiff,
JAMES SHEERIN

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Date: January 7, 2013

/s/ Charan M. Higbee
ADRIENNE C. PUBLICOVER, # 161432
adrienne.Publicover@WilsonElser.com
CHARAN M. HIGBEE, No. 148293
Charan.Higbee@WilsonElser.com
525 Market Street-17th Floor
San Francisco, California 94105-2725

Attorneys for Defendant,
UNITED OF OMAHA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES SHEERIN, ) | Case No. 3:12-CV-03799-SI |
| ) | |
| Plaintiff, ) | |
| ) | **[PROPOSED] ORDER** |
| ) | **DISMISSING CASE WITH** |
| v. ) | **PREJUDICE** |
| ) | |
| UNITED OF OMAHA LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. The Court hereby ORDERS that this action be dismissed with prejudice, in its entity, pursuant to a joint motion of the parties and pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: 1/9/13

_____
HONORABLE SUSAN IILSTON
United States District Court Judge